MAX SCHOENING #324643
Qureshi Law PC
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
F: (213) 277-8989
max@qureshi.law

*pro hac vice application forthcoming*

RAMYA KRISHNAN*
ALEX ABDO*
JENNIFER JONES*
NICOLE MO*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

ETHAN ZUCKERMAN,

        Plaintiff,

    v.

META PLATFORMS, INC.,

        Defendants.

Case No. 3:24-cv-02596

**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: May 1, 2024                                    Respectfully submitted,

/s/ Max Schoening                                     /s/ Ramya Krishnan

Max Schoening #324643                                 Ramya Krishnan*
Qureshi Law PC                                        Alex Abdo*
700 Flower Street, Suite 1000                         Jennifer Jones*
Los Angeles, CA 90017                                 Nicole Mo*
T: (213) 600-6096                                     Knight First Amendment Institute
F: (213) 277-8989                                       at Columbia University
max@qureshi.law                                       475 Riverside Drive, Suite 302
                                                      New York, NY 10115
                                                      T: (646) 745-8500
                                                      F: (646) 661-3361
                                                      ramya.krishnan@knightcolumbia.org

*pro hac vice application forthcoming                 Counsel for Plaintiff