UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ethan Zuckerman                    ,

Plaintiff(s),

v.

Meta Platforms, Inc.                    ,

Defendant(s).

Case No. 3:24-cv-02596

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ramya Krishnan               , an active member in good standing of the bar of the Southern District of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff                in the above-entitled action. My local co-counsel in this case is Max Schoening           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 324643          .

475 Riverside Drive, Suite 302
New York, NY 10115
MY ADDRESS OF RECORD

700 Flower Street, Suite 1000
Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(646) 745-8500
MY TELEPHONE # OF RECORD

(213) 600-6096
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ramya.krishnan@knightcolumbia.org
MY EMAIL ADDRESS OF RECORD

max@qureshi.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: RK5923         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0        times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/01/2024 _____

Ramya Krishnan _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ramya Krishnan _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __May 1, 2024_____



_____
UNITED STATES MAGISTRATE JUDGE

Judge Jacqueline Scott Corley

United States District Court
Northern District of California