| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Ramya Krishnan SBN N/A<br>Knight First Amendment Institute at Columbia University<br>475 Riverside Drive Suite 302<br>New York, NY 10115<br>ATTORNEY FOR  Plaintiff | (646) 745-8500 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Zuckerman, Ethan v. Meta Platforms, Inc. | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>3:24-cv-02596 |
| **Declaration of Service** | | Ref. No. or File No: |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons, Civil Case Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction**

On: **Meta Platforms, Inc.**

I served the summons at:

**2710 Gateway Oaks Dr, 150N  Sacramento, CA 95833**

On: **5/2/2024**          Date:  **09:38 AM**

In the above mentioned action  by personally serving to and leaving with

**CSC Lawyers Inc. -Agent for Service  -  By Serving Nicole Stauss, Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **John Arnold**
  b. Address: **8801 Folsom Blvd 165, Sacramento, CA, CA 95826**
  c. Telephone number: **916-446-2051**
  d. **The fee** for this service was: **90.80**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

John Arnold                    Date: **05/02/2024**