UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ethan Zuckerman , <br><br> Plaintiff(s), <br><br> v. <br><br> Meta Platforms, Inc. , <br><br> Defendant(s). | Case No. 3:24-cv-02596 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Alex Abdo, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Max Schoening, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 324643.

475 Riverside Drive, Suite 302, New York, NY 10115
MY ADDRESS OF RECORD

(646) 745-8500
MY TELEPHONE # OF RECORD

alex.abdo@knightcolumbia.org
MY EMAIL ADDRESS OF RECORD

700 Flower Street, Suite 1000, Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 600-6096
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

max@qureshi.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4751491.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  5/21/24                                                                         Alex Abdo
                                                                                                                               APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Alex Abdo  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   May 21, 2024



UNITED STATES DISTRICT JUDGE