| | |
|---|---|
| MAX SCHOENING #324643<br>Qureshi Law PC<br>700 Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>T: (213) 600-6096<br>F: (213) 277-8989<br>max@qureshi.law | RAMYA KRISHNAN, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>JENNIFER JONES, *Pro Hac Vice*<br>NICOLE MO, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>ramya.krishnan@knightcolumbia.org |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

ETHAN ZUCKERMAN,

    Plaintiff,

  v.

META PLATFORMS, INC.,

    Defendant.

Case No. 3:24-cv-02596-JSC

**NOTICE OF APPEARANCE OF RAMYA KRISHNAN**

Case No. 3:24-cv-02596-JSC

NOTICE OF APPEARANCE OF RAMYA KRISHNAN

1

Plaintiff files this Notice of Appearance and hereby notifies the Court and Defendant that Ramya Krishnan of the Knight First Amendment Institute at Columbia University, 475 Riverside Drive, Suite 302, New York, New York 10115, hereby enters her appearance as counsel of record for Plaintiff in the above-referenced matter.

All pleadings, discovery, correspondence, and other material should be served upon counsel at:

Ramya Krishnan
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

Dated: May 22, 2024

Respectfully submitted,

 /s/ Ramya Krishnan
Ramya Krishnan
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiff*

Case No. 3:24-cv-02596-JSC

2

NOTICE OF APPEARANCE
OF RAMYA KRISHNAN