KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    415.393.8200

JACOB T. SPENCER
  (*pro hac vice* pending)
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:    202.955.8500

*Attorneys for Defendant
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 3:24-CV-02596-JSC<br><br>**NOTICE OF APPEARANCE OF KRISTIN A. LINSLEY FOR DEFENDANT META PLATFORMS, INC.**<br><br>[Civil L.R. 3-15(a)] |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Kristin A. Linsley of the law firm Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 154148) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as attorney of record for Defendants Meta Platforms, Inc. in the above-captioned case, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Meta Platforms, Inc.  Ms. Linsley's contact information is as follows:

> KRISTIN A. LINSLEY (SBN 154148)
>   klinsley@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> One Embarcadero Center, Suite 2600
> San Francisco, CA 94111
> Telephone:  415.393.8200

DATED: May 23, 2024                    GIBSON, DUNN & CRUTCHER LLP

                                       By:  /s/ Kristin A. Linsley
                                            Kristin A. Linsley

                                       *Attorneys for Defendant Meta Platforms, Inc.*