1  KRISTIN A. LINSLEY, SBN 154148
     klinsley@gibsondunn.com
2  WESLEY SZE, SBN 306715
     wsze@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:    415.393.8200
5
   JACOB T. SPENCER
6    (*pro hac vice* pending)
     jspencer@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
8  Washington, DC  20036
   Telephone:    202.955.8500
9
   *Attorneys for Defendant*
10 *Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ETHAN ZUCKERMAN, | Case No. 3:24-CV-02596-JSC |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF WESLEY SZE FOR DEFENDANT META PLATFORMS, INC.** |
| v. | |
| META PLATFORMS, INC., | [Civil L.R. 3-15(a)] |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

NOTICE OF APPEARANCE OF WESLEY SZE FOR DEFENDANT META PLATFORMS, INC.
CASE NO. 3:24-CV-02596-JSC

1   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that attorney Wesley Sze of the law firm Gibson, Dunn & Crutcher

3   LLP, a member of the State Bar of California (SBN 306715) and admitted to practice in this Court,

4   and whose contact information appears below, hereby enters an appearance as attorney of record for

5   Defendants Meta Platforms, Inc. in the above-captioned case, and is authorized to receive service of

6   all pleadings, notices, orders, and other papers regarding this action on behalf of Defendant Meta

7   Platforms, Inc.  Mr. Sze's contact information is as follows:

> WESLEY SZE, SBN 306715
>   wsze@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 310 University Avenue
> Palo Alto, CA  94301-1744
> Telephone:    650.849.5300

DATED: May 23, 2024                              GIBSON, DUNN & CRUTCHER LLP

                                                 By: /s/ Wesley Sze
                                                       Wesley Sze

                                                 *Attorneys for Defendant Meta Platforms, Inc.*