KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone:    415.393.8200

JACOB T. SPENCER
  (*pro hac vice* pending)
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:    202.955.8500

*Attorneys for Defendant
Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 3:24-CV-02596-JSC<br><br>**DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-15(a)] |

Gibson, Dunn & Crutcher LLP

DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-CV-02596-JSC

This Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. (formerly Facebook, Inc.) in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a). Undersigned counsel of record certifies that Meta Platforms, Inc. does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock. Meta Platforms, Inc. is a publicly held company organized under the laws of Delaware.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Meta Platforms, Inc. will supplement its disclosure if necessary.

DATED: May 23, 2024                                       GIBSON, DUNN & CRUTCHER LLP

By: */s/ Kristin A. Linsley*
    Kristin A. Linsley

*Attorneys for Defendant Meta Platforms, Inc.*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-CV-02596-JSC