KRISTIN A. LINSLEY, SBN 154148
 klinsley@gibsondunn.com
WESLEY SZE, SBN 306715
 wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     415.393.8200

JACOB T. SPENCER
 (*pro hac vice* pending)
 jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:     202.955.8500

*Attorneys for Defendant*
*Meta Platforms, Inc.*

MAX A. SCHOENING, SBN 324643
 max@qureshi.law
QURESHI LAW PC
700 Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone:     213.600.6096

RAMYA KRISHNAN (*pro hac vice*)
 ramya.krishnan@knightcolumbia.org
ALEX A. ABDO (*pro hac vice*)
 alex.abdo@knightcolumbia.org
JENNIFER C. JONES (*pro hac vice*)
 jennifer.jones@knightcolumbia.org
NICOLE MO (*pro hac vice*)
 nicole.mo@knightcolumbia.org
KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY
475 Riverside Drive, Suite 302
New York, NY  10115
Telephone:     646.745.8500

*Attorneys for Plaintiff*
*Ethan Zuckerman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 3:24-CV-02596-JSC<br><br>**STIPULATION EXTENDING DEADLINE OF DEFENDANT META PLATFORMS, INC. TO RESPOND TO INITIAL COMPLAINT**<br><br>[Civil L.R. 6-1(a)] |

Pursuant to Civil Local Rule 6-1(a), Defendant Meta Platforms, Inc. and Plaintiff Ethan Zuckerman hereby stipulate as follows:

WHEREAS, on May 1, 2024, Plaintiff filed the complaint in this action;

WHEREAS, on May 2, 2024, the complaint was served on Defendant;

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendant must answer or otherwise respond to the Complaint by May 23, 2024;

WHEREAS, Plaintiff intends to file an amended complaint in this action;

WHEREAS, the Parties intend to file a stipulated request that would permit Plaintiff to file an amended complaint and propose a schedule for Defendant's response to the amended complaint;

WHEREAS, no extension has been previously requested by any party;

THEREFORE, the Parties stipulate, pursuant to Civil Local Rule 6-1(a), that Defendant's time to answer or otherwise respond to Plaintiff's complaint shall be extended to June 20, 2024.  This extension will not alter the date of any event or deadline fixed by any Court order, and the Parties reserve the right to request a Court order further modifying the case deadlines and schedule.

IT IS SO STIPULATED.

DATED: May 23, 2024                        GIBSON, DUNN & CRUTCHER LLP

                                           By: */s/ Kristin A. Linsley*
                                                Kristin A. Linsley

                                           *Attorneys for Defendant Meta Platforms, Inc.*

DATED: May 23, 2024                        KNIGHT FIRST AMENDMENT INSTITUTE
                                           AT COLUMBIA UNIVERSITY

                                           By: */s/ Ramya Krishnan*
                                                Ramya Krishnan (*Pro Hac Vice*)

                                           *Attorneys for Plaintiff Ethan Zuckerman*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: May 23, 2024

*/s/ Kristin A. Linsley*
Kristin A. Linsley