1   KRISTIN A. LINSLEY, SBN 154148
      klinsley@gibsondunn.com
2   WESLEY SZE, SBN 306715
      wsze@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    One Embarcadero Center, Suite 2600
4   San Francisco, CA  94111
    Telephone:     415.393.8200
5
    JACOB T. SPENCER
6     (*pro hac vice* pending)
      jspencer@gibsondunn.com
7   GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
8   Washington, DC  20036
    Telephone:     202.955.8500
9
    *Attorneys for Defendant*
10  *Meta Platforms, Inc.*

    MAX A. SCHOENING, SBN 324643
      max@qureshi.law
    QURESHI LAW PC
    700 Flower Street, Suite 1000
    Los Angeles, CA 90017
    Telephone:     213.600.6096

    RAMYA KRISHNAN (*pro hac vice*)
      ramya.krishnan@knightcolumbia.org
    ALEX A. ABDO (*pro hac vice*)
      alex.abdo@knightcolumbia.org
    JENNIFER C. JONES (*pro hac vice*)
      jennifer.jones@knightcolumbia.org
    NICOLE MO (*pro hac vice*)
      nicole.mo@knightcolumbia.org
    KNIGHT FIRST AMENDMENT
    INSTITUTE AT COLUMBIA
    UNIVERSITY
    475 Riverside Drive, Suite 302
    New York, NY  10115
    Telephone:     646.745.8500

    *Attorneys for Plaintiff*
    *Ethan Zuckerman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 3:24-CV-02596-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND CASE SCHEDULE**<br><br>[Civil L.R. 6-2(a); 7-12]<br><br>*[Declaration of Kristin A. Linsley filed concurrently]*<br><br>Judge:          Hon. Jacqueline Scott Corley<br>Courtroom:    8, 19th floor |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Ethan Zuckerman and Defendant Meta Platforms, Inc. hereby stipulate as follows:

WHEREAS, on May 1, 2024, Plaintiff filed the complaint in this action;

WHEREAS, on May 1, 2024, the Court issued an order setting initial case management conference and ADR deadlines, including deadlines to file certifications of conflicts and interested entities or persons (upon first appearance); to file an ADR certification (by July 11); to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (by July 11); to make initial disclosures (by July 25); to file a joint case management statement (by July 25); and to hold an initial case management conference (on August 1) (Dkt. 7) ("Initial Case Management Order");

WHEREAS, on May 1, 2024, Plaintiff filed a certificate of conflicts and interested entities or persons (Dkt. 3);

WHEREAS, on May 2, 2024, the complaint was served on Defendant;

WHEREAS, on May 23, 2024, Defendant filed a corporate disclosure statement and certification of conflicts and interested entities or persons (Dkt. 24);

WHEREAS, on May 23, 2024, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendant's deadline to answer or otherwise respond to Plaintiff's complaint to June 20, 2024 (Dkt. 25);

WHEREAS, Plaintiff intends to file an amended complaint in this action;

WHEREAS, the Parties have conferred and agree that it would be in the interests of judicial efficiency to allow Plaintiff to file an amended complaint and to set a schedule for Defendant's response to the amended complaint (including any briefing relating to a motion to dismiss, should Defendant respond with a motion to dismiss);

WHEREAS, the Parties have satisfied the deadlines for filing certifications of conflicts and interested entities or persons;

WHEREAS, the Parties have conferred and agree that it would be in the interests of judicial efficiency to vacate the initial case management conference and postpone the deadlines set in the Initial Case Management Order, other than the deadlines for filing certifications of conflicts and interested

entities or persons, until Defendant responds to the amended complaint or, if Defendant responds by filing a motion to dismiss, until after resolution of Defendant's motion to dismiss;

WHEREAS, as required by Local Civil Rule 6-2(a), this stipulated request is supported by the Declaration of Kristin A. Linsley;

THEREFORE, the Parties request, subject to the Court's approval, that Plaintiff be permitted to file an amended complaint by May 31, 2024, with the following schedule for the response to the amended complaint:

| Deadline | Date |
| --- | --- |
| Plaintiff to file amended complaint | May 31, 2024 |
| Defendant to answer or otherwise respond to amended complaint | July 15, 2024 |
| Motion(s) for leave to file amicus brief in support of motion to dismiss* | July 22, 2024 |
| Plaintiff to file opposition to motion to dismiss* | August 29, 2024 |
| Motion(s) for leave to file amicus brief in support of Plaintiff's opposition to motion to dismiss* | September 5, 2024 |
| Defendant to file reply in support of motion to dismiss* | September 23, 2024 |
| *Applicable if Defendant responds to the amended complaint with a motion to dismiss* | |

The Parties further request that, subject to the Court's approval, the initial case management conference currently scheduled for August 1, 2024 at 1:30 p.m., along with the remaining deadlines in the Initial Case Management Order (other than the deadlines for filing certifications of conflicts and interested entities or persons, which the Parties have already satisfied), be vacated pending Plaintiff's forthcoming amended complaint and Defendant's response thereto.  The Parties further agree to file a joint status report within two weeks after the filing of an answer to the amended complaint or, if a motion to dismiss is filed, within two weeks after resolution of the motion to dismiss.

Nothing in this stipulation is intended to waive any rights that any party may otherwise have, including the right to oppose and/or respond to any motion for leave to file an amicus brief, and the right to request further modifications or extensions of deadlines.

Gibson, Dunn &
Crutcher LLP

1    IT IS SO STIPULATED.

2    DATED: May 29, 2024                    GIBSON, DUNN & CRUTCHER LLP

3                                           By: */s/ Kristin A. Linsley*
4                                                Kristin A. Linsley

5                                           *Attorneys for Defendant Meta Platforms, Inc.*

6
     DATED: May 29, 2024                    KNIGHT FIRST AMENDMENT INSTITUTE
7                                           AT COLUMBIA UNIVERSITY

8
                                            By: */s/ Ramya Krishnan*
9                                                Ramya Krishnan (*Pro Hac Vice*)

10                                          *Attorneys for Plaintiff Ethan Zuckerman*

11
                                  *         *         *
12

13                        **[PROPOSED] ORDER**

14    PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17   DATED: _____

18                                          _____
                                            Hon. Jacqueline Scott Corley
19                                          United States District Judge

20

21

22

23

24

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT AND CASE SCHEDULE
CASE NO. 3:24-CV-02596-JSC

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  May 29, 2024

*/s/ Kristin A. Linsley*
Kristin A. Linsley

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT AND CASE SCHEDULE
CASE NO. 3:24-CV-02596-JSC