| | |
|---|---|
| KRISTIN A. LINSLEY, SBN 154148<br>  klinsley@gibsondunn.com<br>WESLEY SZE, SBN 306715<br>  wsze@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Telephone:     415.393.8200<br><br>JACOB T. SPENCER<br>  (*pro hac vice* pending)<br>  jspencer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>Telephone:     202.955.8500<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc.* | MAX A. SCHOENING, SBN 324643<br>  max@qureshi.law<br>QURESHI LAW PC<br>700 Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>Telephone:     213.600.6096<br><br>RAMYA KRISHNAN (*pro hac vice*)<br>  ramya.krishnan@knightcolumbia.org<br>ALEX A. ABDO (*pro hac vice*)<br>  alex.abdo@knightcolumbia.org<br>JENNIFER C. JONES (*pro hac vice*)<br>  jennifer.jones@knightcolumbia.org<br>NICOLE MO (*pro hac vice*)<br>  nicole.mo@knightcolumbia.org<br>KNIGHT FIRST AMENDMENT<br>INSTITUTE AT COLUMBIA<br>UNIVERSITY<br>475 Riverside Drive, Suite 302<br>New York, NY  10115<br>Telephone:     646.745.8500<br><br>*Attorneys for Plaintiff*<br>*Ethan Zuckerman* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>              Plaintiff,<br><br>       v.<br><br>META PLATFORMS, INC.,<br><br>              Defendant. | Case No. 3:24-CV-02596-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND CASE SCHEDULE**<br><br>[Civil L.R. 6-2(a); 7-12]<br><br>*[Declaration of Kristin A. Linsley filed concurrently]*<br><br>Judge:        Hon. Jacqueline Scott Corley<br>Courtroom:   8, 19th floor |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Ethan Zuckerman and Defendant Meta Platforms, Inc. hereby stipulate as follows:

WHEREAS, on May 1, 2024, Plaintiff filed the complaint in this action;

WHEREAS, on May 1, 2024, the Court issued an order setting initial case management conference and ADR deadlines, including deadlines to file certifications of conflicts and interested entities or persons (upon first appearance); to file an ADR certification (by July 11); to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) (by July 11); to make initial disclosures (by July 25); to file a joint case management statement (by July 25); and to hold an initial case management conference (on August 1) (Dkt. 7) ("Initial Case Management Order");

WHEREAS, on May 1, 2024, Plaintiff filed a certificate of conflicts and interested entities or persons (Dkt. 3);

WHEREAS, on May 2, 2024, the complaint was served on Defendant;

WHEREAS, on May 23, 2024, Defendant filed a corporate disclosure statement and certification of conflicts and interested entities or persons (Dkt. 24);

WHEREAS, on May 23, 2024, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) extending Defendant's deadline to answer or otherwise respond to Plaintiff's complaint to June 20, 2024 (Dkt. 25);

WHEREAS, Plaintiff intends to file an amended complaint in this action;

WHEREAS, the Parties have conferred and agree that it would be in the interests of judicial efficiency to allow Plaintiff to file an amended complaint and to set a schedule for Defendant's response to the amended complaint (including any briefing relating to a motion to dismiss, should Defendant respond with a motion to dismiss);

WHEREAS, the Parties have satisfied the deadlines for filing certifications of conflicts and interested entities or persons;

WHEREAS, the Parties have conferred and agree that it would be in the interests of judicial efficiency to vacate the initial case management conference and postpone the deadlines set in the Initial Case Management Order, other than the deadlines for filing certifications of conflicts and interested

entities or persons, until Defendant responds to the amended complaint or, if Defendant responds by filing a motion to dismiss, until after resolution of Defendant's motion to dismiss;

WHEREAS, as required by Local Civil Rule 6-2(a), this stipulated request is supported by the Declaration of Kristin A. Linsley;

THEREFORE, the Parties request, subject to the Court's approval, that Plaintiff be permitted to file an amended complaint by May 31, 2024, with the following schedule for the response to the amended complaint:

| Deadline | Date |
| --- | --- |
| Plaintiff to file amended complaint | May 31, 2024 |
| Defendant to answer or otherwise respond to amended complaint | July 15, 2024 |
| Motion(s) for leave to file amicus brief in support of motion to dismiss* | July 22, 2024 |
| Plaintiff to file opposition to motion to dismiss* | August 29, 2024 |
| Motion(s) for leave to file amicus brief in support of Plaintiff's opposition to motion to dismiss* | September 5, 2024 |
| Defendant to file reply in support of motion to dismiss* | September 23, 2024 |
| *Applicable if Defendant responds to the amended complaint with a motion to dismiss* | |

The Parties further request that, subject to the Court's approval, the initial case management conference currently scheduled for August 1, 2024 at 1:30 p.m., along with the remaining deadlines in the Initial Case Management Order (other than the deadlines for filing certifications of conflicts and interested entities or persons, which the Parties have already satisfied), be vacated pending Plaintiff's forthcoming amended complaint and Defendant's response thereto. The Parties further agree to file a joint status report within two weeks after the filing of an answer to the amended complaint or, if a motion to dismiss is filed, within two weeks after resolution of the motion to dismiss.

Nothing in this stipulation is intended to waive any rights that any party may otherwise have, including the right to oppose and/or respond to any motion for leave to file an amicus brief, and the right to request further modifications or extensions of deadlines.

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT AND CASE SCHEDULE
CASE NO. 3:24-CV-02596-JSC

1  IT IS SO STIPULATED.

2  DATED: May 29, 2024                                    GIBSON, DUNN & CRUTCHER LLP

3

4                                                          By: /s/ Kristin A. Linsley
                                                                Kristin A. Linsley

5                                                          *Attorneys for Defendant Meta Platforms, Inc.*

6

7  DATED: May 29, 2024                                    KNIGHT FIRST AMENDMENT INSTITUTE
                                                          AT COLUMBIA UNIVERSITY

8

9                                                          By: /s/ Ramya Krishnan
                                                                Ramya Krishnan (*Pro Hac Vice*)

10                                                         *Attorneys for Plaintiff Ethan Zuckerman*

11

12                                   *   *   *

13

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Defendant's Motion to Dismiss is set for October 10, 2024 at 10:00 a.m. in San Francisco.

DATED:   May 29, 2024

_____
Hon. Jacqueline S. Corley
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Jacqueline Scott Corley
Judge Jacqueline Scott Corley