# EXHIBIT A



10885 NE Fourth Street
Suite 700
Bellevue, WA 98004-5579

+1.425.635.1400
+1.425.635.2400
PerkinsCoie.com

July 1, 2021



**VIA EMAIL**

Louis Barclay
Nudgeware



Re:   **Cease and Desist Abuse of Facebook - Nudgeware**

Dear Mr. Barclay:

We represent Facebook, Inc., based in Menlo Park, California, and Facebook Ireland, Ltd., based in Dublin, Ireland ("Facebook"). Facebook has gathered evidence that your Chrome extension "Unfollow Everything for Facebook" facilitates unauthorized functionality on Facebook. Specifically, your extension automates actions on Facebook, including mass following and unfollowing of Friends, Pages, and Groups. Your extension also impermissibly makes use of Facebook's trademarks. These activities violate Facebook's terms.

**Facebook demands that you stop these activities immediately.**

Facebook takes the protection of the user experience very seriously, and it is committed to keeping its products safe for users to interact and share information. Facebook has developed terms of use to protect the user experience and facilitate these goals.

Facebook's terms prohibit, among other things:

- Accessing and/or collecting users' content or information via automated means without Facebook's prior permission;

152949559.1
Perkins Coie LLP

Nudgeware
July 1, 2021
Page 2

- Using Facebook trademarks, or any confusingly similar marks, except as expressly permitted by the Brand Usage Guidelines or with Facebook's prior written permission.

- Interfering with or impairing the intended operation of Facebook; and

- Facilitating or encouraging others to violate terms.

*See* Facebook Terms of Service, https://www.facebook.com/legal/terms.

Facebook has taken technical steps to deactivate your Facebook and Instagram accounts, and hereby revokes your limited licenses to access Facebook and Instagram.  **This means that you, your agents, employees, affiliates, or anyone acting on your behalf ("You" or "Your") may not access the Facebook or Instagram websites, mobile applications, Platforms, services, or networks for any reason whatsoever.**  Facebook will treat any further activity by You on its websites, mobile applications, Platforms, services, or networks as intentional and unauthorized access to its protected computer networks.

**Please respond to me WITHIN 48 hours confirming that You:**

- Have stopped and will not in the future access the Facebook and Instagram websites and/or use Facebook's and Instagram's services for any reason whatsoever;

- Have preserved and will continue to preserve in the future all information related to the activities described herein;

- Have stopped and will not in the future offer, transfer, market, sell, or offer to sell any services related to Facebook or Instagram;

- Have removed Your Facebook or Instagram related services from any and all distribution points, and have stopped and will not in the future develop, sell, offer for download, and/or distribute software that interacts with Facebook and Instagram or any of Facebook's services;

- Will account for and disgorge any and all revenue earned from Your unauthorized activities related to Facebook or Instagram;

- Have secured all Facebook data under Your control and ensured it is no longer accessible;

- Will, following the accounting required below, delete all data obtained from Facebook; and

Nudgeware
July 1, 2021
Page 3

- Will enter into a written agreement memorializing Your commitment to compliance with the demands in this letter.

**Along with Your response, You must provide the following information:**

- A complete list of any and all Facebook and Instagram accounts You have created, developed, maintained, or controlled;

- A complete list of domain names that You own, maintain, or control presently, along with all domain names that You have previously used to offer services related to Facebook or Instagram;

- A complete list of each and every product You created that targets Facebook or Instagram users and/or interacts with Facebook or Instagram services;

- A detailed description of the methods used to automate Facebook or Instagram functionality and provide Facebook or Instagram related services, including a full list of all applications or APIs that You utilized or developed;

- A complete accounting of all compensation or revenue received by You in connection with Your unauthorized applications;

- A detailed description of the methods You used to obtain data from Facebook, Instagram, or any of its affiliate companies;

- A copy of each and every version of any software code You have developed or used to interact with the Facebook websites and/or services, including any libraries, frameworks, or other code, and the source for that code if not Your own development; and

- A complete accounting of all Facebook data that You obtained from Facebook, and a certification that this information has been deleted and destroyed.

If you ignore this letter and continue your current improper conduct, Facebook will take whatever measures it believes are necessary to enforce its rights, maintain the quality of its websites, and protect users' information and privacy.

This letter is not intended by us, and should not be construed by you, as a waiver or relinquishment of any of Facebook's rights or remedies in this matter. Facebook specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.