1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ETHAN ZUCKERMAN, | Case No. 3:24-CV-02596-JSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT META PLATFORMS, INC. TO DISMISS AMENDED COMPLAINT** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

1 | The Court, having considered the Motion of Defendant Meta Platforms, Inc. to Dismiss Plaintiff's Amended Complaint, all associated pleadings, briefing, and exhibits, and any argument of counsel, rules as follows:

For the reasons stated in Meta's Memorandum of Points and Authorities in Support of its Motion to Dismiss Plaintiff's Amended Complaint, **IT IS HEREBY ORDERED** that Counts I through V of Plaintiff's Amended Complaint are dismissed.

**IT IS SO ORDERED.**

DATED: _____, 2024

---

The Honorable Jacqueline Scott Corley
United States District Judge

1
[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT META PLATFORMS, INC.
TO DISMISS AMENDED COMPLAINT
CASE NO. 3:24-CV-02596-JSC

Gibson, Dunn & Crutcher LLP