1  KRISTIN A. LINSLEY, SBN 154148
     klinsley@gibsondunn.com
2  WESLEY SZE, SBN 306715
     wsze@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:     415.393.8200
5
   JACOB T. SPENCER (*pro hac vice*)
6    jspencer@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
   Washington, DC  20036
8  Telephone:     202.955.8500

9  *Attorneys for Defendant
   Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ETHAN ZUCKERMAN, | Case No. 3:24-CV-02596-JSC |
|---|---|
| Plaintiff, | **DECLARATION OF JACOB T. SPENCER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION OF DEFENDANT META PLATFORMS, INC. TO DISMISS AMENDED COMPLAINT** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Jacob T. Spencer, declare and state as follows:

1. I am a partner of the law firm of Gibson, Dunn & Crutcher LLP, and I am admitted *pro hac vice* to represent Defendant Meta Platforms, Inc. in the above-captioned case. I make this Declaration in support of Meta's Motion to Dismiss the Amended Complaint. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Meta's current Terms of Service as published or made publicly available on the Facebook website at https://www.facebook.com/legal/terms (last accessed July 15, 2024).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a blog post titled "*Zuckerman vs. Meta Platforms*" as published or made publicly available on the Ethan Zuckerman blog on May 2, 2024, and accessible at https://ethanzuckerman.com/2024/05/02/zuckerman-vs-meta-platforms/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a publication titled "I Love Facebook. That's Why I'm Suing Meta." by Ethan Zuckerman as published or made publicly available on *The New York Times* website on May 5, 2024 and accessible at https://www.nytimes.com/2024/05/05/opinion/facebook-court-internet-meta.html.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a publication titled "Professor sues Meta to allow release of feed-killing tool for Facebook" by Ashley Belanger as published or made publicly available on the Ars Technica website on May 9, 2024 and accessible at https://arstechnica.com/tech-policy/2024/05/professor-sues-meta-to-allow-release-of-feed-killing-tool-for-facebook/.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a publication titled "A professor is suing Facebook over its recommendation algorithms" by Mathew Ingram as published or made publicly available on the Columbia Journalism Review website on May 16, 2024 and accessible at https://www.cjr.org/the_media_today/meta-facebook-lawsuit-algorithms-ethan-zuckerman.php.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a publication titled "Why I'm suing Facebook in US federal court" by Ethan Zuckerman as published or made publicly available on the Prospect Magazine website on May 7, 2024 and available at

https://www.prospectmagazine.co.uk/ideas/technology/66018/why-im-suing-facebook-in-us-federal-court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of July 2024, at Washington, DC.

_____
Jacob T. Spencer