MAX SCHOENING #324643
Qureshi Law PC
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
F: (213) 277-8989
max@qureshi.law

RAMYA KRISHNAN
ALEX ABDO
JENNIFER JONES
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
ramya.krishnan@knightcolumbia.org

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND/SAN FRANCISCO DIVISION

ETHAN ZUCKERMAN,

    Plaintiff,

    v.

META PLATFORMS, INC.,

    Defendants.

Case No. 3:24-cv-02596-JSC

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK AND ALL PARTIES OF RECORD:** Please take notice that Nicole

Mo withdraws her appearance on behalf of the Plaintiff in the above-captioned case. Plaintiff will

continue to be represented by other counsel of record in this action.

DATED: July 26, 2024

Respectfully submitted,

/s/ Nicole Mo
_____
Nicole Mo
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
nicole.mo@knightcolumbia.org

1