SOPHIA COPE (SBN 233428)
sophia@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
DAVID GREENE (SBN 160107)
davidg@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

SAMIR JAIN (SBN 181572)
sjain@cdt.org
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843

NICOLE A. OZER (SBN 228643)
nozer@aclunc.org
JACOB SNOW (SBN 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Amici Curiae Electronic Frontier Foundation,
American Civil Liberties Union of Northern California,
and Center for Democracy & Technology*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ETHAN ZUCKERMAN,<br><br>                              *Plaintiff*,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>                              *Defendant*. | Case No. 3:24-cv-02596-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY ELECTRONIC FRONTIER FOUNDATION, AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, AND CENTER FOR DEMOCRACY & TECHNOLOGY**<br><br>Date: October 10, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Jacqueline Scott Corley |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is the Motion for Leave to file Amici Curiae Brief by Electronic Frontier Foundation, American Civil Liberties Union of Northern California, and Center for Democracy & Technology.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file amicus curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____        _____
                                                                                Honorable Jacqueline Scott Corley
                                                                                United States Judge