SOPHIA COPE (SBN 233428)
sophia@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
DAVID GREENE (SBN 160107)
davidg@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333

NICOLE A. OZER (SBN 228643)
nozer@aclunc.org
JACOB SNOW (SBN 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

SAMIR JAIN (SBN 181572)
sjain@cdt.org
CENTER FOR DEMOCRACY & TECHNOLOGY
1401 K Street, NW
Washington, DC 20005
Telephone: (202) 407-8843

*Counsel for Amici Curiae Electronic Frontier Foundation,
American Civil Liberties Union of Northern California,
and Center for Democracy & Technology*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>                    *Defendant*. | Case No. 3:24-cv-02596-JSC<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of the Electronic Frontier Foundation ("EFF"), the American Civil Liberties Union of Northern California ("ACLU of Northern California"), and the Center for Democracy & Technology ("CDT") that there is no such interest to report.

Furthermore, EFF, ACLU of Northern California, and CDT certify that they have no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: September 5, 2024

Respectfully submitted,

By: /s/ *Sophia Cope*

Sophia Cope (SBN 233428)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Email: sophia@eff.org

*Counsel for Amici Curiae
Electronic Frontier Foundation,
American Civil Liberties Union of
Northern California, and Center for
Democracy & Technology*