UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN ZUCKERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 24-cv-02596-JSC<br><br>**JUDGMENT** |

The Court having granted Defendant's motion to dismiss for lack of subject-matter jurisdiction by Order dated November 22, 2024, enters judgment in favor of Defendant and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: November 25, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge